# Exhibit 5

ENERGY-X

100 Green Villas Dr. #21
Dorado, Puerto Rico 00646

November 8, 2019

**Via Email**

Theodore Dilenschneider
436 Balch Road
Elgin, TX 78621
tjdilen@gmail.com
Tjd@energyx.com
tdilensc@utexas.edu

RE: Cessation of Services

Dear TJ:

This will confirm that your Consulting Agreement, dated April 15, 2019, with Energy Exploration Technologies, Inc. (the "Company") terminated on October 24, 2019. This will further confirm that you hold 313 vested shares of the Company's Series A-2 Preferred Stock and 625 vested shares of the Company's Common Stock and that you are not entitled to any future vesting of equity securities in the Company.

We appreciate the work that you have performed for the Company to date and look forward to the possibility of future collaborations in the future.

Sincerely,

Teague Egan