**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

THEODORE DILENSCHNEIDER,
*Plaintiff,*
v.
ENERGY EXPLORATION TECHNOLOGIES, INC.
d/b/a ENERGYX,
*Defendant.*

CIVIL NO. 26-CV-01335 (SCC)

**MOTION TO DEEM MOTION TO DISMISS TIMELY FILED**

**TO THE HONORABLE COURT:**

**COMES NOW** Defendant ENERGY EXPLORATION TECHNOLOGIES, INC. d/b/a ENERGYX ("EnergyX" or the "Company"), through the undersigned counsel, and, without waiving any other defenses, respectfully states and prays, as follows:

Defendant's Motion to Dismiss was filed approximately 15 minutes after the applicable deadline due to inadvertent technical difficulties with the authentication application undersigned counsel uses for the Court's electronic filing platform. The filing was completed promptly thereafter. Pursuant to Federal Rule of Civil Procedure 6(b)(1)(B), Defendant respectfully requests that the Court deem its Motion to Dismiss, Docket No. 10, timely filed.

**WHEREFORE**, Defendant Energy Exploration Technologies, Inc. respectfully requests that the Court GRANT this Motion and deem Defendant's Motion to Dismiss timely filed.

In San Juan, Puerto Rico this 25th day of August 2026.

Respectfully submitted,

**PEDRO ORTZ ÁLVAREZ, LLC**
*Attorneys for Energy Exploration Technologies, Inc.*
P.O. Box 9009
Ponce, PR 00732-9009
Tel (787) 841-7575
Fax (787) 841-0000

*/s/ G. Ismalia Gutierrez-Galang*
G. ISMALIA GUTIERREZ-GALANG
USDC-PR No. 218513
ismalia.gutz@gmail.com
ismalia@poalaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this same day I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification to the parties.

*/s/ G. Ismalia Gutierrez-Galang*