**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| THEODORE DILENSCHNEIDER,<br>*Plaintiff,*<br><br>v.<br><br>ENERGY EXPLORATION TECHNOLOGIES, INC., d/b/a ENERGYX,<br>*Defendant.* | Civil Action No. 3:26-cv-01335 (SCC) |

**MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS**

Theodore Dilenschneider ("Plaintiff") requests an extension of time until September 30, 2026, to file his opposition to Defendant's Motion to Dismiss (Docket No. 10), and in support thereof states as follows:

1. On August 25, 2026, Defendant Energy Exploration Technologies, Inc., d/b/a ENERGYX ("Defendant"), filed its *Motion to Dismiss* the Complaint pursuant to Fed. R. Civ. P. 12(b)(6). Docket No. 10.

2. Under L.Cv.R. 7(b), Plaintiff's opposition to the Motion to Dismiss is due on September 8, 2026.

3. The Motion to Dismiss raises multiple arguments that must be addressed. Plaintiff's counsel requires additional time to prepare a thorough response for the Court's consideration.

4. Thus, under L.Cv.R. 6, Plaintiff requests an extension of time from the current September 8, 2026 deadline, until September 30, 2026, to file his opposition.

5. This request is made in good faith and without any intention of delaying the proceedings, will not prejudice Defendant, and will allow the Court to consider the Motion to Dismiss with the benefit of full briefing.

**WHEREFORE**, Plaintiff requests an extension of time until **September 30, 2026**, to file his opposition to Defendant's Motion to Dismiss.

In San Juan, Puerto Rico, this 3rd day of September 2026.

**WE HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

**MARINI PIETRANTONI MUÑIZ LLC**
*Attorneys for Theodore Dilenschneider*
250 Ponce de León Ave.
Suite 900
San Juan, PR 00918
Tel.: (787) 705-2172 / (787) 705-2175

*s/Manuel A. Pietrantoni*
Manuel A. Pietrantoni
USDC-PR No. 219805
mpietrantoni@mpmlawpr.com

*s/Carolina Velaz-Rivero*
Carolina Velaz-Rivero
USDC No. 300913
cvelaz@mpmlawpr.com

*s/Alejandro M. Vidal-Barletta*
Alejandro M. Vidal-Barletta
USDC No. 310708
avidal@mpmlawpr.com