**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| THEODORE DILENSCHNEIDER,<br>*Plaintiff,*<br>v.<br>ENERGY EXPLORATION TECHNOLOGIES, INC. d/b/a ENERGYX,<br>*Defendant.* | CIVIL NO. 26-CV-01335 (SCC) |

**DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**

TO THE HONORABLE COURT:

**COMES NOW** Defendant ENERGY EXPLORATION TECHNOLOGIES, INC. d/b/a ENERGYX ("Defendant"), through the undersigned counsel, and respectfully requests leave to file the reply attached as Exhibit A in support of its Motion to Dismiss (DKT No. 10). In support, EnergyX states and prays:

1. On August 24, 2026, EnergyX moved to dismiss the Complaint in its entirety under Federal Rule of Civil Procedure 12(b)(6). DKT No. 10.

2. On September 30, 2026, Plaintiff filed his Opposition to the Motion to Dismiss. DKT No. 15.

3. Pursuant to Local Rule 7(c), EnergyX seeks the Court's leave to file a timely reply.

4. Plaintiff's Opposition raises new matters that warrant a reply. Plaintiff contends that the November 8, 2019 letter constitutes "contemporaneous evidence" of vesting that overrides the express vesting and forfeiture terms of the agreements incorporated into the Complaint; that EnergyX's post-2019 conduct over "six-plus years" precludes it from contesting Plaintiff's stockholder status; that Plaintiff's fraud allegations satisfy Rule 9(b) notwithstanding their lack of temporal specificity; that the inspection-rights waiver does not bear on the duty to disclose element; and that Plaintiff should alternatively be granted leave to replead. A reply is necessary to address these contentions and the authorities cited by Plaintiff.

5. The proposed reply is attached as **Exhibit A** and is submitted with this motion so that it may be considered without further delay.

**WHEREFORE**, Defendant respectfully requests that the Court (i) grant leave to file the reply attached as **Exhibit A**; and (ii) direct the Clerk to docket **Exhibit A** as EnergyX's Reply in Support of its Motion to Dismiss, deemed filed as of the date of this motion.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico this 5th day of October 2026.

**I HEREBY CERTIFY** that on this same day I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

**PEDRO ORTZ ÁLVAREZ, LLC**
*Attorneys for Energy Exploration Technologies, Inc.*
P.O. Box 9009

Ponce, PR 00732-9009
Tel (787) 841-7575
Fax (787) 841-0000

*_/s/ G. Ismalia Gutierrez-Galang_*
G. ISMALIA GUTIERREZ-GALANG
USDC-PR No. 218513
ismalia.gutz@gmail.com
ismalia@poalaw.com